UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE IRA RANDLE,

                Plaintiff,

-vs-                                                    Case No.  2:11-cv-9-FtM-SPC

UNITED STATES OF AMERICA,

                Defendant.
_____/

**ORDER**

This matter comes before the Court on the Petitioner, George Ira Randle's Motion Requesting a Copy of the Government's Response and an Extension of Time to Reply (Doc. #13) filed on May 9, 2011. The Petitioner moves the Court for a hard copy of the Government's Response (Doc. # 10) filed on April 8, 2011. The Petitioner states that he did not receive a copy of the Government's Response. However, the Certificate of Service contained within the Government's Response states that a copy of the Response was mailed to the Petitioner on April 8, 2011. In fact, the Petitioner filed a Reply (Doc. # 14) on May 9, 2011, to the Government's Response and even states if the response he received was the Government's only response then his Motion is moot. It is clear that the Petitioner received the Government's Response to his Motion to Vacate, Set Aside or Correct Sentence (Doc. # 1), and therefore, the instant Motion is moot.

Further, the Court notes that the Defendant filed a reply brief without leave of the Court. "No party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave." M.D. Fla. Local Rule 3.01(c). A motion requesting leave to file . . . a reply or further memorandum shall not exceed three (3) pages, shall specify the length of the proposed filing,

and shall not include, as an attachment or otherwise, the proposed motion response, reply, or other paper. Torrence v. Pfizer, Inc., 2007 WL 788368 *1 (M.D. Fla. March 14, 2007) (citing M.D. Fla. Local Rule 3.01(d)). The purpose of a reply brief is to rebut any new law or facts contained in the oppositions response to a request for relief before the Court. Nevertheless, since the Petitioner requested time to file a reply in his Motion, the Court will construe the Motion as a motion for leave to file a reply brief and let the Reply remain as filed.

Accordingly, it is now

**ORDERED:**

(1) The Petitioner, George Ira Randle's Motion Requesting a Copy of the Government's Response and an Extension of Time to Reply (Doc. #13) is **DENIED as moot**.

(2) The Petitioner, George Ira Randle's Motion Requesting time to file a reply construed as a Motion for Leave to File a Reply Brief is **GRANTED**.

(3) The Petitioner's Reply (Doc. # 14) filed on May 9, 2011, is accepted as filed.

**DONE AND ORDERED** at Fort Myers, Florida, this ___7th___ day of June, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

-2-